```
1  SAMANTHA BENNETT (NYBN 5132063)
   EVAN ROSE (CABN 253478)
2  ALYSSA J. WU (CABN 339651)
   Federal Trade Commission
3  Western Region San Francisco
   90 Seventh St., Suite 14-300
4  San Francisco, CA 94103
5  Phone: (415) 848-5100
   Email: sbennett@ftc.gov
6
7  Attorneys for Plaintiff
   Federal Trade Commission
8
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTANSWER LLC, an Idaho limited liability company; and<br><br>ANDREW "ANDY" KURTZIG, individually and as an officer of JUSTANSWER LLC,<br><br>    Defendants. | Case No. 3:26-cv-00333<br><br>**DECLARATION OF SAMANTHA BENNETT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Samantha Bennett, declare as follows:

1. I am one of the attorneys representing the Federal Trade Commission ("FTC") in the above-captioned case against JustAnswer LLC ("JustAnswer") and Andrew "Andy" Kurtzig.

2. I am a member in good standing of the bar of the State of New York (Bar No. 5132063).

3. I have personal knowledge of the facts stated below and, if called as a witness, would competently testify to them.

4. Attached as Exhibit 1 is a copy of the unredacted Complaint in this matter with highlighting that reflects material obtained by the FTC pursuant to compulsory legal process under 15 U.S.C. § 57b-1.

5. On February 2, 2023, the FTC issued a Civil Investigative Demand ("CID") to JustAnswer.

6. On August 19, 2024, the FTC issued a CID to JustAnswer for Oral Testimony. An investigative hearing was conducted on October 29, 2024, and October 30, 2024.

7. Section 4.10(g) of the FTC's rules of practice afford parties that submit confidential information to the FTC the opportunity to seek an appropriate protective order or *in camera* order prior to the disclosure of such information in a proceeding. 16 C.F.R. § 4.10(g).

8. The designations reflected in the redacted Complaint correspond to material obtained during the course of the FTC's non-public investigation.

9. The FTC does not believe that unsealing the unredacted Complaint would reveal trade secrets or that there is any other basis to withhold the unredacted Complaint from the public in this case.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to this 13th day of January 2026, in Alameda County, California.

Respectfully submitted,

/s/ *Samantha Bennett*
SAMANTHA BENNETT
NY Bar No. 5132063
Federal Trade Commission
Western Region San Francisco
90 Seventh St., Suite 14-300
San Francisco, CA 94103
Phone: (415) 848-5100
Email: sbennett@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION