# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVE

SAN FRANCISCO CA

94102 – 3489



FILED
FEB 11 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FTC

V

JUST ANSWER LLC

AND

ANDREW KURTIZIG

CASE NUMBER 3:26-CV00333 AMC

MOTION TO INCLUDE LAWRENCE F CURTIN

AS A PLANTIFF.

I JUST LEARNED OF THIS LAW SUIT. I WAS TAKEN FIRST BY JUST ANSWER NOT REFUNDING MY 5 DOLLARS WHEN THEY COULD NOT ANSWER MY QUESTION AND NEXT BY JUST ANSWER CHARGING MY CREDIT CARD 35 DOLLAR

FOR SERVICES I NEVER REQUESTED. I TRIED EVERY REASONABLE WAY TO GET THEM TO REFUND MY 40 DOLLARS WITH NO RESULT INCLUDING FILLING OUT A COMPAINT FORM WITH THE ATTORNEY GENERAL OF CALIFORNIA AND SENDING THAT TO GAVIN NEWSON.

## RELIEF

I AM ASKING FOR 100 THOUSAND DOLLARS IN DAMAGES WHICH INCLUDE EMOTIONAL STRAIN AND DISTRESS THAT THE DEFENDENTS CAUSED ME IN MY EFFORTS TO GET AN ANSWER TO MY VERY IMPORTANT QUESTION AND A RESPONSE.

THEY DO THIS TO AN AMERICA HERO.

THESE PEOPLE ARE DANGEROUS.

LAWRENCE F CURTIN

1731 AVALON AVE

FT PIERCE FLORIDA 34949

772-631-6455

LFCURTIN777@PROTON.ME

**I HERE BY CERTIFY THAT I HAVE SENT A COPY OF THE FOREGOING TO THE ATTORNEY FOR JUST ANSWER AND ANDREW KURTZIG AND TO THE FEDERAL TRADE COMMISION AT THEIR ADDRESS IN WASWHINGTON DC THIS 6TH DAY OF FEBURATY 2026**

LAWRENCE CURTIN,

CASE NO. 87-2606-CIV-KING

Plaintiff,

v.

ROBERT BUTTERWORTH, and
PATRICIA PILLAR, etc.,

Defendants.

_____/

ORDER OF RECUSAL

The undersigned District Judge, to whom the above-styled case has been assigned, hereby recuses himself/herself and referred the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

The undersigned was unaware of the personal relationship involving Plaintiff and the undersigned 15 years ago in the heroic and dangerous action taken by Mr. Curtin to help to prevent the assassination plans of certain defendants then on trial before the undersigned in the "Black Tuna" case.

Obviously, this Judge is very grateful for Mr. Curtin's efforts on his behalf and feels that this creates a problem mandating recusal in the instant case. The undersigned was unaware of these facts until the filing on June 26, 1990 of the motion for rehearing.

DONE and ORDERED at Miami, Florida, this 2nd day of July, 1990.

[signature]
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases,