UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

JUSTANSWER LLC, et al.,

Defendants.

Case No.  26-cv-00333-JD

**ORDER RE MOTION TO ATTEND TELEPHONICALLY**

Curtin's motion to be included as a plaintiff in this case was denied.  Dkt. No. 27.  Curtin's new motion to attend all hearings and depositions by phone, Dkt. No. 41, is also denied.  No more filings will be accepted from Curtin in this case without the Court's prior consent.

**IT IS SO ORDERED.**

Dated: March 31, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California