SAMANTHA BENNETT
   (NYBN 5132063)
EVAN ROSE (CABN 253478)
ALYSSA J. WU (CABN 339651)
Federal Trade Commission
Western Region San Francisco
90 Seventh St., Suite 14-300
San Francisco, CA 94103
Phone: (415) 848-5100
Email: sbennett@ftc.gov

Attorneys for Plaintiff
*Federal Trade Commission*

MANATT, PHELPS & PHILLIPS, LLP
Kevin Dwight (Bar No. CA 239476)
KDwight@manatt.com
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone:  (650) 812-1300

Bezalel Stern (Bar No. DC 1025745) (*pro hac vice*)
BStern@manatt.com
Joshua N. Drian (Bar No. DC 1009917) (*pro hac vice*)
JDrian@manatt.com
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 585-6500

*Counsel for Defendant JustAnswer LLC*

SIDLEY AUSTIN LLP
Lauren C. Freeman (SBN 324572)
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-772-1200
lfreeman@sidley.com

Benjamin M. Mundel (*pro hac vice*)
Madeleine Joseph (*pro hac vice*)
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8000
bmundel@sidley.com
mjoseph@sidley.com

*Counsel for Defendant Andrew Kurtzig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTANSWER LLC, an Idaho limited liability company; and<br><br>ANDREW KURTZIG, individually and as an officer of JUSTANSWER LLC,<br><br>    Defendants. | Case No. 3:26-cv-00333-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS TO AUGUST 27, 2026 OR JULY 30, 2026**<br><br>Complaint Filed: January 13, 2026 |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
Case No. 3:26-cv-00333-JD

Pursuant to N.D. Cal. Civ. L.R. 6-1 and 7-12, Plaintiff Federal Trade Commission ("FTC") and Defendants JustAnswer LLC and Andrew Kurtzig ("Defendants") (together, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation:

1. Plaintiff the FTC filed the Complaint in the above-captioned action on January 13, 2026.

2. On March 10, 2026, the Court set an initial case management conference for April 23, 2026, at 11:00 a.m.

3. On March 16, 2026, Defendants filed their respective motions to dismiss the FTC's Complaint.

4. On March 31, 2026, the Court granted the Parties' stipulated briefing schedule. The FTC's oppositions to the motions to dismiss are due on April 27, 2026. Defendants' replies to the FTC's opposition briefs are due May 11, 2026.

5. On April 13, 2026, Defendants noticed the hearing on the motions to dismiss for June 11, 2026. On April 14, 2026, the Court set the hearing on the motions to dismiss for June 11, 2026, at 11:00 a.m.

6. On April 15, 2026, the Court continued the initial case management conference and the hearing on Defendants' motions to dismiss to July 16, 2026, at 11:00 a.m.

7. Lead counsel for Plaintiff the FTC will be out of the country from July 8 to July 16, 2026, and will not be available to appear for the case management conference and motion hearing as currently scheduled.

8. Counsel for Defendant JustAnswer LLC is currently scheduled to appear at an arbitration hearing from July 13 to July 24, 2026, and will not be available to appear for the case management conference and motion hearing as currently scheduled.

9. The Parties therefore respectfully request that the Court reset the case management conference and motion hearing to August 27, 2026, or, in the alternative, July 30, 2026, or a date thereafter convenient for the Court.

10. The Parties submit that good cause exists to move the conference and hearing date as described herein.

Accordingly, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel of record and pursuant to N.D. Cal. Civ. L.R. 6-1(a), that the July 16, 2026, initial case management conference and motions hearing be continued to August 27, 2026, or, in the alternative, July 30, 2026.

The Parties therefore respectfully request that the Court reset the case management conference and hearing on Defendants' motions to dismiss and grant the attached Proposed Order.

This is the Parties' first stipulation to adjust the date of the initial case management conference and hearing on the motions to dismiss.

Respectfully submitted,

Dated: April 29, 2026                    FEDERAL TRADE COMMISSION

By:    */s/ Samantha Bennett*
Samantha Bennett
Evan Rose
Alyssa J. Wu

*Counsel for Plaintiff Federal Trade Commission*

Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatories.

Respectfully submitted,

Dated: April 29, 2026                    MANATT, PHELPS & PHILLIPS, LLP

By:    */s/ Bezalel Stern*
Kevin Dwight
Bezalel Stern (admitted *pro hac vice*)
Joshua N. Drian (admitted *pro hac vice*)

*Counsel for Defendant JustAnswer LLC*

Respectfully submitted,

Dated: April 29, 2026                         SIDLEY AUSTIN LLP


By:    */s/ Benjamin M. Mundel*
       Lauren C. Freeman
       Benjamin M. Mundel (admitted *pro hac vice*)
       Madeleine Joseph (admitted *pro hac vice*)

       *Counsel for Defendant Andrew Kurtzig*

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**
**Case No. 3:26-cv-00333-JD**

-3-

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.  In the matter of the Federal Trade Commission v. JustAnswer LLC and Andrew Kurtzig, 3:26-cv-00333-JD, the case management conference and the hearing on defendants' motions to dismiss are hereby CONTINUED to [August 27, 2026] [July 30, 2026], at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: _____            _____
                                   HON. JAMES DONATO
                                   United States District Judge

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**
**Case No. 3:26-cv-00333-JD**

-4-