UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission , <br><br> Plaintiff, <br><br> v. <br><br> JustAnswer LLC, *et al.* , <br> Defendant. | Case No. 3:26-cv-00333-JD <br><br> **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name)             JustAnswer LLC            , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Benjamin M. Mundel (*pro hac vice*), Lauren C. Freeman (CABN 324572), and Madeleine Josesph  (*pro hac vice*) of Sidley Austin LLP

Name(s) of counsel withdrawing from representation and firm name:

Kevin Dwight (CABN 239476), Bezalel Stern (*pro hac vice*), and Joshua Drian (*pro hac vice*) of Manatt, Phelps, & Phillips LLP

Date:      June 30, 2026

**[PROPOSED] ORDER**

    The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____          _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California